**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

DAVID E. WILLIAMS
ADC #77847                                                                                              PLAINTIFF

V.                                    4:08CV00228 WRW/JFF

KIRK JOHNSON, Former Prosecutor, Miller
County; and JIM H. GUNTER, Former Prosecutor,
Miller County                                                                                        DEFENDANTS

## ORDER

Plaintiff has submitted this §1983 case again for filing in this district. However, from the facts alleged and the defendants named, it appears that venue properly lies in the Western District of Arkansas. 28 U.S.C. §1391(b). Accordingly, the court finds that the interests of justice would best be served by transferring this case to the United States District Court for the Western District of Arkansas. 28 U.S.C. § 1406(a).

THEREFORE, the Clerk is directed to immediately transmit a copy of this order and the original file of this court to the Clerk of the United States District Court for the Western District of Arkansas.

IT IS SO ORDERED this 11th day of April, 2008.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE